No. 111, Orig. DELAWARE *v.* NEW YORK. Motion of Alaska and Vermont for leave to file complaint in intervention referred to the Special Master. Motion of Maryland for leave to file complaint in intervention referred to the Special Master. [For earlier order herein, see, *e. g., ante,* p. 918.]

No. 90–113. CLINCHFIELD COAL CO. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL.; and

No. 90–114. CONSOLIDATION COAL CO. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 937.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 89–1948. ENCORE ASSOCIATES, INC., ET AL. *v.* SHINER ET UX., *ante,* p. 820. Motion of respondents for damages denied. JUSTICE SOUTER took no part in the consideration or decision of this motion.

No. 90–143. CONNECTICUT ET AL. *v.* DOEHR. C. A. 2d Cir. [Certiorari granted, *ante,* p. 809.] Motion of Connecticut Bankers Association et al. for leave to file a brief as *amici curiae* granted.

No. 90–549. WHARTON ET AL. *v.* DUBE. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 90–5319. MCNEIL *v.* WISCONSIN. Sup. Ct. Wis. [Certiorari granted, *ante,* p. 937.] Motion for appointment of counsel granted, and it is ordered that Gary M. Luck, Esq., of Milwaukee, Wis., be appointed to serve as counsel for petitioner in this case.

No. 90–5891. IN RE GEURIN. Petition for writ of mandamus denied.

No. 90–6085. IN RE DOUGLASS. Petition for writ of mandamus and/or prohibition denied.

No. 90–50. GREGORY ET AL., JUDGES *v.* ASHCROFT, GOVERNOR OF MISSOURI. C. A. 8th Cir. Certiorari granted. ■